**STATE of Missouri, Respondent,**

v.

**LaTonya HANDSON, Appellant.**

**No. WD 43515.**

Missouri Court of Appeals,
Western District.

March 12, 1991.

## ORDER

PER CURIAM:

Appeal from order denying appellant's motion to set aside default judgment in forfeiture action.

Judgment affirmed. Rule 84.16(b).

George A. Wheeler, Kansas City, for appellant.

Albert A. Riederer, Pros. Atty., Laurel W. McMullin, Asst. Pros. Atty., Kansas City, for respondent.

